IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO.: 18-cv-06499 |
| | ) |
| HYATT CORPORATION, | ) Judge Gettleman |
| d/b/a PARK HYATT CHICAGO, | ) |
| | ) Magistrate Judge Cox |
| Defendant. | ) |

**STIPULATION TO VOLUNTARY DISMISS
PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), the Plaintiff, HOWARD COHAN and the Defendant HYATT CORPORATION d/b/a PARK HYATT CHICAGO, hereby stipulate and agree to the voluntary dismissal of this action, with prejudice, each party to bear their own costs, including attorneys' fees, as all matters in controversy have been fully resolved.

HOWARD COHAN                    HYATT CORPORATION d/b/a
                                PARK HYATT CHICAGO


By: /s/ *Marshall J. Burt*           By: */s/Kevin Fritz*_____
    Counsel for Plaintiff                Counsel for Defendant

Marshall J. Burt, Esq.              Kevin Fritz, Esq.
The Burt Law Group, Ltd.            Seyfarth Shaw.
77 W. Washington, Ste 1300          233 S. Wacker Dr., Ste 8000
Chicago, IL 60602                   Chicago, Illinois 60606
312-419-1999                        (312) 460-5586
Marshall@mjburtlaw.com              KFritz@seyfarth.com